Argued November 7; reversed December 5, 1939

ATWATER *v.* CITY OF TOLEDO

(96 P. (2d) 1081)

Department 1.

*William P. Lord,* of Portland (T. Walter Gillard and Ben C. Fleischman, both of Portland, on the brief), for appellant.

*W. H. Waterbury* and *Earl P. Conrad,* both of Toledo (G. B. McCluskey, of Toledo, on the brief), for respondents.

KELLY, J. This case is controlled by the decision this day rendered in *Adams et ux. v. City of Toledo and Owen Hart.* On appeal these two cases were argued together.

The demurrer to plaintiff's amended complaint should have been overruled. The judgment of the circuit court is reversed and the cause remanded for further proceedings not inconsistent herewith.

RAND, C. J., and ROSSMAN, J., concur.

BAILEY, J., concurs in the result.